UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dennis M. Cavanaugh |
| v. | : | Crim. No. 07-756 (DMC) |
| **Miguel Hernando Amezquita-Machado,** **Nelson Alejandro Canon-Bastidas,** **Jose Pablo Perez-Arias** | : | **ORDER FOR CONTINUANCE** |

This matter having come before the Court upon an indictment filed by Christopher J. Christie, United States Attorney for the District of New Jersey (Robert Frazer, Assistant U.S. Attorney, appearing) and defendants **Miguel Hernando Amezquita-Machado, Nelson Alejandro Canon-Bastidas,** and **Jose Pablo Perez-Arias** (Ruth Liebesman, Esq., Joseph Rubino, Esq. and Elizabeth Smith, Esq. appearing, respectively) having been charged with a violation of 18 U.S.C. Section 1956(a)(1) and 1956(h), and 21 U.S.C. Section 959 (as to defendants Amezquita-Machado and Perez-Arias only), application is hereby made for an order granting a continuance of the proceedings in the above-captioned matter from January 8, 2009 through February 23, 2009 to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement, and the defendant being aware that he has the right to have this matter submitted to a trial jury within 70 days of the date of his arraignment pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the

defendant desire additional time to negotiate a plea agreement, which would render a trial of this matter unnecessary;

(2) The defendant consents to the continuance;

(3) A co-defendant has just been returned from Colombia upon the extradition request of the United States; and

(4) Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, IT IS on this 24 day of November, 2008,

ORDERED that this action be, and it hereby is, continued from January 5, 2009 through February 23, 2009.

IT IS FURTHER ORDERED that all dates for the parties to file and respond to motions, for the motion hearing and for trial in the court's Order For Discovery and Inspection shall be stayed as follows:

ORDERED that:

1. Defendants shall file pretrial motions on or before **January 9, 2009**

2. The Government shall respond to such motions on or before **January 30, 2009**

3. The return date for pretrial motions shall be **February 9, 2009** and

5. Trial shall commence on **February 23, 2009** at 10:00 a.m.

IT IS FURTHER ORDERED that the period from January 5, 2009 through February 23, 2009 shall be excludable in computing time under the Speedy Trial Act of 1974.

HONORABLE DENNIS M. CAVANAUGH
UNITED STATES DISTRICT JUDGE