UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dennis M. Cavanaugh |
| v. | : | Crim. No. 07-756 (DMC) |
| **Miguel Hernando Amezquita-Machado,** **Jose Pablo Perez-Arias** **Javier Gonzalez-Sandoval** | : | **ORDER FOR CONTINUANCE** |

This matter having come before the Court upon an indictment filed by Christopher J. Christie, United States Attorney for the District of New Jersey (Robert Frazer, Assistant U.S. Attorney, appearing) and defendants **Miguel Hernando Amezquita-Machado** and **Jose Pablo Perez-Arias** and **Javier Gonzalez-Sandoval** (Ruth Liebesman, Esq., Elizabeth Smith, Esq. and Christopher Patella, Esq., appearing, respectively) having been charged with a violation of 18 U.S.C. Section 1956(a)(1) and 1956(h), and 21 U.S.C. Section 959 (as to defendants Amezquita-Machado and Perez-Arias only), application is hereby made for an order granting a continuance of the proceedings in the above-captioned matter from June 23, 2009 through September 23, 2009 to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement, and the defendant being aware that he has the right to have this matter submitted to a trial jury within 70 days of the date of his arraignment pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the

defendants desire additional time to negotiate a plea agreement, which would render a trial of this matter unnecessary;

(2) The defendants consent to the continuance;

(3) Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, IT IS on this 20th day of May, 2009

ORDERED that this action be, and it hereby is, continued from June 23, 2009 through September 23, 2009.

IT IS FURTHER ORDERED that all dates for the parties to file and respond to motions, for the motion hearing and for trial in the court's Order For Discovery and Inspection shall be stayed as follows:

ORDERED that:

1. Defendants shall file pretrial motions on or before **July 7, 2009**

2. The Government shall respond to such motions on or before **July 29, 2009**

3. The return date for pretrial motions shall be **September 8, 2009** and

5. Trial shall commence on **September 22, 2009** at 9:30 a.m.

IT IS FURTHER ORDERED that the period from June 23, 2009 through September 22, 2009 shall be excludable in computing time under the Speedy Trial Act of 1974.

HONORABLE DENNIS M. CAVANAUGH
UNITED STATES DISTRICT JUDGE